UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WHELEN ENGINEERING COMPANY, INC., | : |
| Plaintiff, | : CIVIL ACTION<br>: NO. 3:18-CV-01245-JCH |
| v. | : |
| CERIDIAN HCM, INC., | : AUGUST 28, 2018 |
| Defendant. | : |

**CONSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Pursuant to L. Civ. Rule 7, Defendant Ceridian HCM, Inc. ("Defendant") hereby moves for a thirty (30) day extension of time to and including October 3, 2018, to file a responsive pleading to the Plaintiff's complaint (ECF No. 1). Defendant's response is presently due on September 3, 2018.

There is good cause to grant this request because the undersigned counsel has recently been engaged and needs additional time to evaluate the factual and legal allegations set forth in the complaint. This is Defendant's first request for an extension of time to respond to the complaint. Counsel for the Plaintiff consents to this extension.

DEFENDANT – CERIDIAN HCM, INC.

By: /s/ Andy I. Corea
    Andy I. Corea – ct25925
    acorea@murthalaw.com
    Sarah Gruber – ct29918
    sgruber@murthalaw.com

Murtha Cullina LLP
265 Church Street
New Haven, Connecticut 06510
Telephone:  203.772.7700
Facsimile:    203.772.7723
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2018, a true and correct copy of the foregoing document has been filed electronically and served on the parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filings. Parties may access this filing through the Court's CM/ECF system.

/s/ Andy I. Corea
Andy I. Corea