UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WHELEN ENGINEERING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERIDIAN HCM, INC., <br><br> Defendant. | CIVIL ACTION <br> NO. 3:18-CV-01245-JCH <br><br><br><br> DECEMBER 17, 2018 |

**CONSENTED-TO MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO COMPLAINT**

Pursuant to L. Civ. Rule 7, Defendant Ceridian HCM, Inc. ("Defendant") hereby moves for an additional twenty-one (21) day extension of time up to and including January 7, 2019, to file a responsive pleading to the Plaintiff's complaint (ECF No. 1). Defendant's response is presently due on December 17, 2018.

There is good cause to grant this request. Since the last extension, the parties have worked diligently towards settlement and were on the cusp of finalizing a settlement when an unforeseen issue and holiday plans interfered. The parties believe that they can resolve these last issues before January 7, 2019.

This is Defendant's fifth request for an extension of time to respond to the complaint.

Counsel for the Plaintiff consents to this extension.

DEFENDANT – CERIDIAN HCM, INC.

By: /s/ Andy I. Corea
    Andy I. Corea – ct25925
    acorea@murthalaw.com
    Sarah Gruber – ct29918
    sgruber@murthalaw.com

Murtha Cullina LLP
265 Church Street
New Haven, Connecticut 06510
Telephone:  203.772.7700
Facsimile:   203.772.7723
Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17rd day of December, 2018, a true and correct copy of the foregoing document has been filed electronically and served on the parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filings. Parties may access this filing through the Court's CM/ECF system.

                                        /s/ Andy I. Corea
                                        Andy I. Corea