UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WHELEN ENGINEERING COMPANY,    :
INC.,                          :
                               :       CIVIL ACTION
            Plaintiff,         :       NO. 3:18-CV-01245-JCH
                               :
v.                             :
                               :
CERIDIAN HCM, INC.,            :
                               :       JANUARY 7, 2019
            Defendant.         :

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel, Sarah Gruber,

moves to withdraw her appearance for the Defendant in this matter.  This case has not

been assigned for trial. The withdrawal will neither delay these proceedings nor

prejudice any party because the Defendant continues to be represented by Attorneys

Andy I. Corea and Matthew A. Ciarleglio of Murtha Cullina, LLP, each of whom has

appeared in these proceedings.

In accordance with Rule 7(e), the Defendant is being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that the Court enter an

order granting this Motion to Withdraw Appearance.


                                    /s/ Sarah Gruber
                                       Sarah Gruber – ct29918
                                       sgruber@murthalaw.com

                                    Murtha Cullina LLP
                                    185 Asylum Street, 29th Floor
                                    Hartford, CT 06103
                                    Telephone:  860.240.6000
                                    Facsimile:   860.240.6150

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

I also hereby certify that a copy of this motion is being sent to the Defendant in this matter.

 /s/ Sarah Gruber
Sarah Gruber – ct29918